PHILIPPE LAURENT
9508 Bluff Ledge Ave
Las Vegas, NV 89149

Plaintiff in Pro Se



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILIPPE LAURENT | Case No.: 14-CV-00863-JCM-GWF |
| Plaintiff, | NOTICE AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS REQUEST FOR MOTION TO DISMISS |
| vs. | |
| BANK OF AMERICA, N.A., MTC FINANCIAL, INC., DBA TRUSTEE CORPS, AND DOES 1 – 100, inclusive | |
| Defendant. | |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to the Federal Rules of Civil Procedure Rule 6 (b)(1), Plaintiff PHILIPPE LAURENT, hereby ("Plaintiff") respectfully requests an extension of time to respond to Defendant BANK OF AMERICA, N.A. ("BOFA"), and MTC FINANCIAL, INC., DBA TRUSTEE CORPS ("MTC"), AND DOES 1 – 100, Request for Motion To Dismiss

Plaintiff appearing *pro se*, is currently out of the country renewing his immigration visa, and is not scheduled to return until on or around July 18, 2014, for this reason it is impossible for the defendant to respond to Defendants Opposition, and

1 | requests that the court grant him an extension through and including August 1, 2014,
2 | to file a response to the Defendants Opposition. Not allowing Plaintiff to do so would
3 | be a deprivation of his rights and would result in manifest injustice.

Date July 2, 2014

PHILIPPE LAURENT, *Plaintiff*

# CERTIFICATE OF SERVICE

I certify that a true copy of this Request for Extension of Time on July 7, 2014 will be served upon defendant(s) party listed below in compliance with FRCP Rule -4

RICHARD J. REYN LDS
BURKE, WILLIAMS & SORENSEN, LLP
1851 E. First St., Ste. 1550
Santa Ana, Ca., 92705

PHILLIP A SILVESTRI
NEAL D. GIDVANI
SILVESTRI GIDVANI, P.C.
1810 E. Sahara Ave., Ste., 1395
Las Vegas, NV 89104

DARREN T. BRENNER, ESQ ⎤ AKERMAN LLP
CHRISTINE M. PARVAN, ESQ ⎦
1160 Town Center Dr., Ste. #330
Las Vegas, NV 89144

_____
PHILIPPE LAURENT / Plaintiff in Pro Se