1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

2:14-CV-863 JCM (GWF)

PHILIPPE LAURENT,

          Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.,

          Defendant(s).

**ORDER**

      Presently before the court is *pro se* plaintiff Philippe Laurent's motion to extend time. (Doc. # 14). Laurent request additional time in which to respond to defendant's motion to dismiss. (Doc. # 11). However, the court has already issued an order denying the motion to dismiss without prejudice. (Doc. # 13). As a result, the instant motion is moot.

      Accordingly,

      IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to extend time (doc. # 14) be, and the same hereby is, DENIED as moot.

      DATED July 9, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**