# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIPPE LAURENT,

    Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.,

    Defendant(s).

2:14-CV-863 JCM (GWF)

## ORDER

Presently before the court is plaintiff Philippe Laurent's motion for an extension of time. (Doc. # 15). Plaintiff requests an extension in which to respond to defendant MTC Financial's motion to dismiss (doc. # 6).

Plaintiff, appearing *pro se*, represents that he is currently out of the country and is unable to prepare an opposition by the current deadline. As the court is obligated to hold *pro se* litigants to less stringent standards, the court will grant plaintiff's request for an extension. *See, e.g., Haines v. Kerner*, 404 U.S. 519 (1972)(*Pro se* parties are to be held to less stringent standards than those represented by counsel).

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for an
3  extension of time (doc. # 15) be, and the same hereby is, GRANTED. Plaintiff's opposition is due
4  no later than **August 1, 2014**.

5  DATED July 15, 2014.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -