# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PHILIPPE LAURENT,

        Plaintiff(s),

v.

BANK OF AMERICA, N.A., et al.,

        Defendant(s).

2:14-CV-863 JCM (GWF)

**ORDER**

Presently before the court is the matter of *Laurent v. Bank of America, et al*, case no. 2:14-cv-863-JCM-GWF.

Defendant MTC Financial, Inc. has filed a motion to dismiss. (Doc. # 6). In response, plaintiff has filed a notice seeking to voluntarily dismiss MTC Financial without prejudice pursuant to Fed. R. Civ. P. 41. (Doc. # 18). As MTC Financial has not filed an answer or motion for summary judgment, it may be voluntarily dismissed by plaintiff under Rule 41.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant MTC Financial's motion to dismiss (doc. # 6) be, and the same hereby is, DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that MTC Financial is dismissed from this matter without prejudice.

DATED August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -